1144

tion by Edward A. Morrison against the Metropolitan Elevated Railway Company and others. No opinion. Motion to take case from files granted.

MORROW, Appellant, v. WESTCHESTER ELECTRIC RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Hilda Morrow against the Westchester Electric Railway Company. No opinion. Motion denied. See 67 N. Y. Supp. 21.

MORSE, Respondent, v. COURT ST. THEATER CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by Charles M. Morse, against the Court Street Theater Company and others. No opinion. Judgment affirmed, with costs.

MOWBRAY, Respondent, v. LYON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by William E. Mowbray against Rebecca De Forest Lyon, individually, etc., and others. E. B. Hill, for appellants. H. Parsons, for respondent.
PER CURIAM. Judgment, so far as appealed from, affirmed, with costs and disbursements to be taxed, but with leave to the defendant Sheldon to withdraw said demurrer and answer within 20 days after the service of a copy of this order, and on the payment of costs in this court and costs in the court below.

MULLER, Respondent, v. PETERSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Conrad Muller against Charles G. Peterson. No opinion. Judgment of the municipal court reversed, and new trial ordered, costs to abide the event, on authority of Olpherts v. Smith, 54 App. Div. 514, 66 N. Y. Supp. 976. All concur, except SEWELL, J., taking no part.

MURR, Respondent, v. WESTERN ASSUR. CO. OF TORONTO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by Charles Murr against the Western Assurance Company and others. No opinion. Judgment and order affirmed, with costs. All concur, except McLENNAN, J., who dissents upon the grounds stated in the dissenting opinion delivered in this case upon former appeal. See 50 App. Div. 4, 64 N. Y. Supp. 12.

MURRAY, Respondent, v. WILLIAMSON, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by John T. Murray, trustee, etc., against Lena Williamson. R. M. Sherman, for appellant. T. D. Adams, for respondent: No opinion. Judgment affirmed, with costs, on the authority of Bardes v. Bank, 20 Sup. Ct. 1000, 178 U. S. 524, 44 L. Ed. 1175, with leave to defendant to withdraw demurrer, and answer in 20 days, on payment of costs in this court and in the court below.

NAGLE, Respondent, v. GUNDERSEN, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Christian Nagle against Wilhelmina Gundersen. No opinion. Judgment of the municipal court affirmed, with costs. All concur, except SEWELL, J., taking no part.

NATIONAL EXHIBITION CO. v. CRANE. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by the National Exhibition Company against Samuel Crane, as president, etc. No opinion. Motion granted and question certified. See 66 N. Y. Supp. 361.

NEW YORK BANK-NOTE CO. v. HAMILTON BANK-NOTE CO. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by the New York Bank-Note Company against the Hamilton Bank-Note Company. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 827.

NEW YORK COUNTY MEDICAL ASS'N, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by the New York County Medical Association against the city of New York. Theo. Connoly, for appellant. J. T. Lewis, for respondent. No opinion. Judgment affirmed, with costs. See 65 N. Y. Supp. 531.

NICOL, Respondent, v BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Sarah E. Nicol against Charles E. Brown. No opinion. Order affirmed, with $10 costs and disbursments.

NORTH v. TAYLOR et al. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Julius B. North, as trustee, etc., against Delbert A. Taylor and others. No opinion. Motion to dismiss denied, upon condition that the defendants pay $10 costs of this motion and serve papers within 20 days.

NORWOOD v. MORGENTHAU. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Action by Mary J. Norwood against Josephine Morgenthau. No opinion. Motion granted, with $10 costs.

O'CONNOR v. WEBSTER. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by William H. O'Connor against Adelbert A. Webster. No opinion. Motion granted, with $10 costs.

O'CONNOR v. WEBSTER et al. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Action by William H. O'Connor against Adelbert A. Webster and others. No opinion. Motion granted, upon payment of $10 costs.

In re OGDEN'S WILL. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) In the matter of proving the last